UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action _____ |
| | § | (CDCS: 2017A34698/2017A34718/2017A34725/ |
| | § | 2017A34732/2017A34761) |
| Andres Garcia d/b/a All Care EMS, | § | |
| | § | |
| Defendant. | § | |

# Complaint

1.   *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2.   *Venue.* The defendant resides in Fort Bend County, Texas, and may be served with process at 1206 Moray Drive, Rosenberg, Texas 77471.

3.   *The Debt.* The debt owed to the United States arose through Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.  See findings on each overpayment.  The debt on the date of the Certificate of Indebtedness was:

(A) CDCS 2017A34698

| | | | |
|---|---|---|---|
| A. | Current principal | $ | 346.22 |
| B. | Interest (capitalized and accrued) | $ | 110.06 |
| C. | Administrative fees, costs, penalties<br>(Including $400.00 Filing fee) | $ | 400.00 |
| D. | Attorney's fees | $ | 50.00 |

E.    Balance due                                             $        906.28

F.    Prejudgment interest accrues at 10.12% per annum being $0.10 per day.


(B) CDCS 2017A34718

A.    Current principal                              $         17,849.66

B.    Interest (capitalized and accrued)            $          5,674.68

C.    Administrative fees, costs, penalties         $              0.00

D.    Attorney's fees                               $            785.00

E.    Balance due                                   $         24,309.34

F.    Prejudgment interest accrues at 10.12% per annum being $4.95 per day.

(C) CDCS 2017A34725

A.    Current principal                              $        112,690.72

B.    Interest (capitalized and accrued)            $         27,204.51

C.    Administrative fees, costs, penalties         $              0.00

D.    Attorney's fees                               $            785.00

E.    Balance due                                   $        140,680.23

F.    Prejudgment interest accrues at 10.75% per annum being $33.19 per day.

(D) CDCS 2017A34732

A.    Current principal                              $         16,182.94

B.    Interest (capitalized and accrued)            $          5,144.29

C.    Administrative fees, costs, penalties         $              0.00

D.    Attorney's fees                               $            785.00

E.    Balance due                                   $         22,112.23

F.     Prejudgment interest accrues at 10.12% per annum being $4.49 per day.

(E) <u>CDCS 2017A34761</u>

| | | | |
|---|---|---|---|
| A. | Current principal | $ | 15,629.45 |
| B. | Interest (capitalized and accrued) | $ | 4,968.65 |
| C. | Administrative fees, costs, penalties | $ | 0.00 |
| D. | Attorney's fees | $ | 785.00 |
| E. | Balance due | $ | 21,383.10 |

F.     Prejudgment interest accrues at 10.12% per annum being $4.33 per day.

Total Due (CDCS 2017A34698, 2017A34718, 2017A34725, 2017A34732 and  2014A52950)

$       209,391.18

G.     The current principal in paragraph 3(A)A, 3(B)A, 3(C)A, 3(D)A and 3(E)A is after credits of $0.00.

4.    *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it.  See Exhibits F, G, H, I and J.  Demand Letters notifying debtor of the overpayments and the statutory basis for the overpayment claims.

5.    *Prayer*. The United States prays for judgment for:

A.     The sums in paragraph 3, pre-judgment interest, administrative costs, and post-judgment interest.

B.     Attorney's fees; and,

C.     Other relief the court deems proper.

Respectfully submitted,

CERSONSKY, ROSEN & GARCÍA, P.C.


By: /s/ M. H. Cersonsky
    M. H. Cersonsky, TBN:  04048500
    1770 St. James Place, Suite 150
    Houston, Texas 77056
    Telephone: (713) 600-8500
    Fax: (713) 600-8585

    Attorneys for Plaintiff

For Important Information About This Lawsuit Please See Next Page.

# Federal Court Suit

1.    **You have been served in a lawsuit.**

2.    **If you dispute the debt in it, you must file a written response to the lawsuit with the court and the government's lawyer.  If you do not, a default judgment will be taken against you.**

3.    **Your written response is due 21 days after the day you got the lawsuit papers.**

4.    **Mail your written response to:**

> **Clerk**
> **United States District Court**
> **P.O. Box 61010**
> **Houston, Texas 77208**

**and send a copy to the lawyers for the United States at:**

> **M. H. Cersonsky**
> **Cersonsky, Rosen & García, P.C.**
> **1770 St. James Place, Suite 150**
> **Houston, Texas 77056**

**Be sure to put your case number and name on your response.**

5.    **If you do not dispute the debt claimed in the lawsuit and want a payment plan, please contact Eddith Salazar at (713) 600-8500.**



**U.S. DEPARTMENT OF THE TREASURY**
**BUREAU OF THE FISCAL SERVICE**
**WASHINGTON, D.C. 20227**

**ACTING ON BEHALF OF**
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
**CERTIFICATE OF INDEBTEDNESS**

Debtor Name(s) and Address(es):

Andres Garcia dba All Care EMS
1206 Moray Dr
Rosenberg, TX 77471

The debtor named above is indebted to the United States in the amount stated as follows:

|  | |
|---:|:---|
| Principal: | $346.22 |
| Interest through 2/6/17: | $110.06 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/6/17:     $456.28**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.12% annually (a rate of $0.10 per diem).

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X _Ashleigh Edmonds_
February 06, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service





**U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227**

**ACTING ON BEHALF OF
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS**

Debtor Name(s) and Address(es):

Andres Garcia dba All Care EMS
1206 Moray Dr
Rosenberg, TX 77471

The debtor named above is indebted to the United States in the amount stated as follows:

| | | |
|---|---:|---:|
| Principal: | $17,849.66 |
| Interest through 2/6/17: | $ 5,674.68 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/6/17:     $23,524.34**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.12% annually (a rate of $4.95 per diem).

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X _Ashleigh Edmonds_
February 06, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



PLAINTIFF'S
EXHIBIT

B



**U.S. DEPARTMENT OF THE TREASURY**
**BUREAU OF THE FISCAL SERVICE**
**WASHINGTON, D.C. 20227**

**ACTING ON BEHALF OF**
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
**CERTIFICATE OF INDEBTEDNESS**

Debtor Name(s) and Address(es):

Andres Garcia dba All Care EMS
1206 Moray Dr
Rosenberg, TX 77471

The debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $112,690.72 |
| Interest through 2/6/17: | $ 27,204.51 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/6/17:**   **$139,895.23**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.75% annually (a rate of $33.19 per diem).

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X _Ashleigh Edmonds_
February 06, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



PLAINTIFF'S EXHIBIT
C
ALL-STATE LEGAL®



**U.S. DEPARTMENT OF THE TREASURY**
**BUREAU OF THE FISCAL SERVICE**
**WASHINGTON, D.C. 20227**

**ACTING ON BEHALF OF**
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Andres Garcia dba All Care EMS
1206 Moray Dr
Rosenberg, TX 77471

The debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $16,182.94 |
| Interest through 2/6/17: | $ 5,144.29 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/6/17:** **$21,327.23**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.12% annually (a rate of $4.49 per diem).

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X _Ashleigh Edmonds_
February 06, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



PLAINTIFF'S
EXHIBIT

D



**U.S. DEPARTMENT OF THE TREASURY**
**BUREAU OF THE FISCAL SERVICE**
**WASHINGTON, D.C. 20227**

**ACTING ON BEHALF OF**
Department of Health & Human Services,
Centers for Medicare & Medicaid Services,
Medicare Overpayment
**CERTIFICATE OF INDEBTEDNESS**

Debtor Name(s) and Address(es):

Andres Garcia dba All Care EMS
1206 Moray Dr
Rosenberg, TX 77471

The debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $15,629.45 |
| Interest through 2/6/17: | $ 4,968.65 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 2/6/17:       $20,598.10**

NOTE: Per the creditor agency, interest continues to accrue on the principal amount shown here at the rate of 10.12% annually (a rate of $4.33 per diem).

**CERTIFICATION:**  Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of Health & Human Services, Centers for Medicare & Medicaid Services, Medicare Overpayment.

X ~Ashleigh Edmonds~
February 06, 2017

Signed by: Ashleigh N. Edmonds

Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service



PLAINTIFF'S
EXHIBIT

E



**MEDICARE**
A Medicare Contractor

Date: 12/06/2013

Letter Number: 13155553

ANDRES GARCIA
5916 W 34TH ST
STE K
HOUSTON, TX 770926424

**FIRST REQUEST**

RE : MMA 935 - Overpayment Amount
    Provider Name: ANDRES GARCIA
    Provider Number: 1295849743
    Outstanding Balance: $346.22

Dear Sir/Madam,

**This is to inform you that you have received a Medicare payment in error which has resulted in an overpayment in the amount of $346.22. The purpose of our letter is to request that this amount be repaid to our office. The attached listing explains how this happened.**

**Why you are responsible:**

You are responsible for being aware of correct claim filing procedures. In this situation, you billed and/or received payment for services you should have known you were not entitled to. Therefore, you are not without fault and are responsible for repaying the overpayment amount. If you dispute this determination please follow the appropriate appeals process listed below. Applicable authorities: Section 1870(b)(c) of the Social Security Act; Subsections 405.350 - 405.359 of Title 42 CFR, Subsections 404.506 - 404.509, 404.510a and 404.512 of Title 20 of the United States Code of Federal Regulations and 20 CFR.

**What you should do:**

Please return the overpaid amount to us by 01/04/2014 and no interest charge will be assessed.

We request that you refund this amount in full. If you are unable to make refund of the entire amount at this time, advise this office immediately so that we may determine if you are eligible

Novitas Solutions, Inc.
PO Box 3063, Mechanicsburg, PA 17055-1806
www.novitas-solutions.com



for a repayment plan. Any repayment plan (where one is approved) would run from the date of this letter.

Make the check payable to Medicare Part B and send it with **a copy of this letter** to:

> Novitas Solutions, Inc.
> ATTN: Cashier
> PO Box 3106
> Mechanicsburg, PA 17055-1822

You may elect to have your overpayment(s) repaid through the immediate recoupment process and avoid paying by check or waiting for the standard recoupment process that begins on day 41 from date of the initial demand letter. A request for immediate recoupment must be received in writing no later than the 16th day from the date of initial demand letter. You must specify whether you are submitting:

1. A one-time request for the current overpayment and all future overpayments, or

2. A request for the current overpayment addressed in this demand letter only.

This process is voluntary and for your convenience. Your request must specifically state you understand you are waiving potential receipt of interest payment pursuant to Section 1893(f)(2) for the overpayments. Note: Such interest may be payable for certain overpayments reversed at the Administrative Law Judge (ALJ) level or subsequent levels of appeal.

Visit our website at www.novitas-solutions.com for additional information and instructions for **Immediate Recoupment.**

You may fax your request to the number mentioned at the end of this letter.

**Payment Withholding:**

If payment in full is not received by 01/04/2014, payments to you can be withheld (Recoupment) until payment in full is received or if you have not submitted an acceptable extended repayment request and/or a valid and timely appeal is received.

Please complete an extended repayment schedule (ERS) package if you are unable to make full payment at this time, and would like to request an ERS. Details for completing the ERS package are included on our Website at www.novitas-solutions.com. If you would like to receive an ERS package by mail, please call the telephone number listed at the end of this letter.

**Rebuttal Process:**

Under our existing regulations 42 CFR sections 405.374, Providers and other Suppliers will

have 15 days from the date of this demand letter to submit a statement of opportunity to rebuttal. The rebuttal process provides the debtor the opportunity to submit a statement and/or evidence stating why recoupment should not be initiated. The outcome of the rebuttal process could change how or if we recoup. If you have reason to believe the withhold should not occur on **01/15/2014**, you must notify this office before **12/20/2013**. We will review your documentation. Our office will advise you of our decision in 15 days from receipt of your request. However, this is not an appeal of the overpayment determination, and it will not delay recoupment before a rebuttal response has been rendered.

The rebuttal statement does not cease recoupment activities consistent with section 935 of the MMA.

**How to Stop Recoupment:**

Even if the overpayment and any assessed interest has not been paid in full you can stop Medicare from recouping any payments. If you act quickly and decidedly, Medicare will permit providers to **stop recoupment** at two points. The first occurs if we receive a valid and timely request for a redetermination within 30 days from the date of this letter. We will stop or delay recoupment pending the results of the appeal.

We will again stop recoupment if, following **an unfavorable or partially favorable redetermination** decision if you decide to act quickly and file a valid request for reconsideration with the Qualified Independent Contractor (QIC). The address and details on how to file a request for reconsideration will be included in the redetermination decision letter.

**What are the timeframes to stop recoupment:**

**First Opportunity:** To assist us in expeditiously stopping the recoupment process, we request that you clearly indicate on your appeal request that this is a 935 overpayment appeal for a redetermination to:

> Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
> PO Box 3110
> Mechanicsburg, PA 17055-1826

**Second Opportunity:** If the redetermination decision is 1) **unfavorable** we can begin to recoup **no earlier than the 60th day** from the date of the Medicare redetermination notice (Medicare Appeal Decision Letter), or 2) if the decision is **partially favorable** we can begin to recoup no earlier than the 60th day from the date of the Medicare revised overpayment Notice/Revised Demand Letter. Therefore, it is important to act quickly and decidedly to limit recoupment by requesting a valid and timely reconsideration within 60 days of the appropriate notice/letter. The address and details on how to file a request for reconsideration will be included in the redetermination decision letter.

**What Happens following a reconsideration by a Qualified Independent Contractor (QIC):**

Following **decision or dismissal** by the QIC, if the debt has not been paid in full, we will begin or resume recoupment whether or not you appeal to the next level of Administrative Law Judge (ALJ).

NOTE: Even when recoupment is stopped, interest continues to accrue.

**Interest Assessment:**

If you do not refund in 30 days: In accordance with 42 CFR 405.378 simple interest at the rate of 10.125 percent will be charged on the unpaid balance of the overpayment beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made on time. Thus, if payment is received 31 days from the date of final determination, one 30-day period of interest will be charged. Each payment will be applied first to accrued interest and then to principal. After each payment interest will continue to accrue on the remaining principal balance, at the rate of 10.125 percent. In addition, please note that Medicare rules require that payment be either received in our office by 01/04/2014 or use the United States Postal Service Postmark by that date for the payment to be considered timely. A metered mail postmark received in our office after 01/04/2014 will cause an additional month's interest to be assessed on the debt.

**Medicaid Offset:**

If this matter is not resolved, CMS may instruct the Medicaid State Agency to withhold the Federal share of any Medicaid payments that may be due you or related facilities until the full amount owed Medicare is recouped, Title 42 CFR, Section 447.30(g). These recoveries will be in addition to any recoupments from other Medicare funds due you until the full amount owed to Medicare is recovered.

**If you wish to appeal this decision:**

If you disagree with this overpayment decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The first level of appeal is called a redetermination. You must file your request for a redetermination within 120 days from the date of this letter. **However, if you wish to avoid recoupment from occurring, you need to file your request for redetermination within 30 days from the date of this letter as described above.** Unless you show us otherwise, we assume you received this letter 5 days after the date of this letter. Please send your request for redetermination to:

Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
PO Box 3110
Mechanicsburg, PA 17055-1826

**If you have filed a bankruptcy petition:**

Page 5
Date : 12/06/2013
Letter Number : 13155553

If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process. Accordingly, we request that you immediately notify us about this bankruptcy so that we may coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice so as to assure that we handle your situation properly. If possible, when notifying us about the bankruptcy please include the name the bankruptcy is filed under and the district where the bankruptcy is filed.

Should you have any questions, please contact your overpayment consultant at the following:

Provider - Part B: 855-252-8782
Part B Extended Repayment Request: 855-252-8782
Part B Immediate Recoupment - Fax: 717-728-8728

We look forward to hearing from you shortly.

Sincerely,

Medicare Part B
Recovery Unit

Enclosure: How This Overpayment Was Determined

Invoice Number: 4567133324901362

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4532102777714190 | ISABEL D RODRIGUEZ | 44960033606 | 09/30/2010 | 09/30/2010 | $346.22 | 10/15/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.



**MEDICARE**
A Medicare Contractor

Letter Number: 13142285

Date: 12/04/2013

ANDRES GARCIA
5916 W 34TH ST
STE K
HOUSTON, TX 770926424

**FIRST REQUEST**

RE : MMA 935 – Overpayment Amount
  Provider Name: ANDRES GARCIA
  Provider Number: 1295849743
  Outstanding Balance: $17,849.66

Dear Sir/Madam,

**This is to inform you that you have received a Medicare payment in error which has resulted in an overpayment in the amount of $17,849.66. The purpose of our letter is to request that this amount be repaid to our office. The attached listing explains how this happened.**

**Why you are responsible:**

You are responsible for being aware of correct claim filing procedures. In this situation, you billed and/or received payment for services you should have known you were not entitled to. Therefore, you are not without fault and are responsible for repaying the overpayment amount. If you dispute this determination please follow the appropriate appeals process listed below. Applicable authorities: Section 1870(b)(c) of the Social Security Act; Subsections 405.350 - 405.359 of Title 42 CFR, Subsections 404.506 - 404.509, 404.510a and 404.512 of Title 20 of the United States Code of Federal Regulations and 20 CFR.

**What you should do:**

Please return the overpaid amount to us by 01/02/2014 and no interest charge will be assessed.

We request that you refund this amount in full. If you are unable to make refund of the entire amount at this time, advise this office immediately so that we may determine if you are eligible

Novitas Solutions, Inc.
PO Box 3063, Mechanicsburg, PA 17055-1806
www.novitas-solutions.com



for a repayment plan. Any repayment plan (where one is approved) would run from the date of this letter.

Make the check payable to Medicare Part B and send it with **a copy of this letter** to:

> Novitas Solutions, Inc.
> ATTN: Cashier
> PO Box 3106
> Mechanicsburg, PA 17055-1822

You may elect to have your overpayment(s) repaid through the immediate recoupment process and avoid paying by check or waiting for the standard recoupment process that begins on day 41 from date of the initial demand letter. A request for immediate recoupment must be received in writing no later than the 16th day from the date of initial demand letter. You must specify whether you are submitting:

1. A one-time request for the current overpayment and all future overpayments, or

2. A request for the current overpayment addressed in this demand letter only.

This process is voluntary and for your convenience. Your request must specifically state you understand you are waiving potential receipt of interest payment pursuant to Section 1893(f)(2) for the overpayments. Note: Such interest may be payable for certain overpayments reversed at the Administrative Law Judge (ALJ) level or subsequent levels of appeal.

Visit our website at www.novitas-solutions.com for additional information and instructions for **Immediate Recoupment.**

You may fax your request to the number mentioned at the end of this letter.

**Payment Withholding:**

If payment in full is not received by 01/02/2014, payments to you can be withheld (Recoupment) until payment in full is received or if you have not submitted an acceptable extended repayment request and/or a valid and timely appeal is received.

Please complete an extended repayment schedule (ERS) package if you are unable to make full payment at this time, and would like to request an ERS. Details for completing the ERS package are included on our Website at www.novitas-solutions.com. If you would like to receive an ERS package by mail, please call the telephone number listed at the end of this letter.

**Rebuttal Process:**

Under our existing regulations 42 CFR sections 405.374, Providers and other Suppliers will

have 15 days from the date of this demand letter to submit a statement of opportunity to rebuttal. The rebuttal process provides the debtor the opportunity to submit a statement and/or evidence stating why recoupment should not be initiated. The outcome of the rebuttal process could change how or if we recoup. If you have reason to believe the withhold should not occur on **01/13/2014,** you must notify this office before **12/18/2013.** We will review your documentation. Our office will advise you of our decision in 15 days from receipt of your request. However, this is not an appeal of the overpayment determination, and it will not delay recoupment before a rebuttal response has been rendered.

The rebuttal statement does not cease recoupment activities consistent with section 935 of the MMA.

**How to Stop Recoupment:**

Even if the overpayment and any assessed interest has not been paid in full you can stop Medicare from recouping any payments. If you act quickly and decidedly, Medicare will permit providers to **stop recoupment** at two points. The first occurs if we receive a valid and timely request for a redetermination within 30 days from the date of this letter. We will stop or delay recoupment pending the results of the appeal.

We will again stop recoupment if, following **an unfavorable or partially favorable redetermination** decision if you decide to act quickly and file a valid request for reconsideration with the Qualified Independent Contractor (QIC). The address and details on how to file a request for reconsideration will be included in the redetermination decision letter.

**What are the timeframes to stop recoupment:**

**First Opportunity:** To assist us in expeditiously stopping the recoupment process, we request that you clearly indicate on your appeal request that this is a 935 overpayment appeal for a redetermination to:

> Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
> PO Box 3110
> Mechanicsburg, PA 17055-1826

**Second Opportunity:** If the redetermination decision is 1) **unfavorable** we can begin to recoup **no earlier than the 60th day** from the date of the Medicare redetermination notice (Medicare Appeal Decision Letter), or 2) if the decision is **partially favorable** we can begin to recoup no earlier than the 60th day from the date of the Medicare revised overpayment Notice/Revised Demand Letter. Therefore, it is important to act quickly and decidedly to limit recoupment by requesting a valid and timely reconsideration within 60 days of the appropriate notice/letter. The address and details on how to file a request for reconsideration will be included in the redetermination decision letter.

**What Happens following a reconsideration by a Qualified Independent Contractor (QIC):**

Following **decision or dismissal** by the QIC, if the debt has not been paid in full, we will begin or resume recoupment whether or not you appeal to the next level of Administrative Law Judge (ALJ).

NOTE: Even when recoupment is stopped, interest continues to accrue.

**Interest Assessment:**

If you do not refund in 30 days: In accordance with 42 CFR 405.378 simple interest at the rate of 10.125 percent will be charged on the unpaid balance of the overpayment beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made on time. Thus, if payment is received 31 days from the date of final determination, one 30-day period of interest will be charged. Each payment will be applied first to accrued interest and then to principal. After each payment interest will continue to accrue on the remaining principal balance, at the rate of 10.125 percent. In addition, please note that Medicare rules require that payment be either received in our office by 01/02/2014 or use the United States Postal Service Postmark by that date for the payment to be considered timely. A metered mail postmark received in our office after 01/02/2014 will cause an additional month's interest to be assessed on the debt.

**Medicaid Offset:**

If this matter is not resolved, CMS may instruct the Medicaid State Agency to withhold the Federal share of any Medicaid payments that may be due you or related facilities until the full amount owed Medicare is recouped, Title 42 CFR, Section 447.30(g). These recoveries will be in addition to any recoupments from other Medicare funds due you until the full amount owed to Medicare is recovered.

**If you wish to appeal this decision:**

If you disagree with this overpayment decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The first level of appeal is called a redetermination. You must file your request for a redetermination within 120 days from the date of this letter. However, **if you wish to avoid recoupment from occurring, you need to file your request for redetermination within 30 days from the date of this letter as described above.** Unless you show us otherwise, we assume you received this letter 5 days after the date of this letter. Please send your request for redetermination to:

> Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
> PO Box 3110
> Mechanicsburg, PA 17055-1826

**If you have filed a bankruptcy petition:**

If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process. Accordingly, we request that you immediately notify us about this bankruptcy so that we may coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice so as to assure that we handle your situation properly. If possible, when notifying us about the bankruptcy please include the name the bankruptcy is filed under and the district where the bankruptcy is filed.

Should you have any questions, please contact your overpayment consultant at the following:

Provider - Part B: 855-252-8782
Part B Extended Repayment Request: 855-252-8782
Part B Immediate Recoupment - Fax: 717-728-8728

We look forward to hearing from you shortly.

Sincerely,

Medicare Part B
Recovery Unit

Enclosure: How This Overpayment Was Determined

Invoice Number: 4557133249006799

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 45221026031653O | ISABEL D RODRIGUEZ | 44960O336D6 | 09/14/2010 | 09/14/2010 | $324.24 | 10/01/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249006866

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 45221026031654O | ISABEL D RODRIGUEZ | 44960O336D6 | 09/14/2010 | 09/14/2010 | $346.22 | 10/01/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249006888

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 45221026421328O | ISABEL D RODRIGUEZ | 44960O336D6 | 09/17/2010 | 09/17/2010 | $346.22 | 10/05/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number. 4557133249006692

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210264213340 | ISABEL D RODRIGUEZ | 44960336D6 | 09/17/2010 | 09/17/2010 | $335.23 | 10/05/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249006699

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210265024470 | ISABEL D RODRIGUEZ | 44960336D6 | 09/16/2010 | 09/16/2010 | $335.23 | 10/06/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249006704

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210265024510 | ISABEL D RODRIGUEZ | 44960336D6 | 09/20/2010 | 09/20/2010 | $335.23 | 10/06/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249006694

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 452210265024460 | ISABEL D RODRIGUEZ | 449600336D6 | 09/21/2010 | 09/21/2010 | $335.23 | 10/06/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000799

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 452810211561020 | ISABEL D RODRIGUEZ | 449600336D6 | 07/26/2010 | 07/26/2010 | $346.22 | 08/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000808

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 452810211561070 | ISABEL D RODRIGUEZ | 449600336D6 | 07/26/2010 | 07/26/2010 | $346.22 | 08/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000785

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452810211561010 | ISABEL D RODRIGUEZ | 44960336D6 | 07/27/2010 | 07/27/2010 | $346.22 | 08/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000804

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452810211561050 | ISABEL D RODRIGUEZ | 44960336D6 | 07/27/2010 | 07/27/2010 | $346.22 | 08/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000750

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224017930 | ISABEL D RODRIGUEZ | 44960336D6 | 06/01/2010 | 06/01/2010 | $368.21 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900769

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224017980 | ISABEL D RODRIGUEZ | 44960033606 | 06/01/2010 | 06/01/2010 | $346.22 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900761

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224017970 | ISABEL D RODRIGUEZ | 44960033606 | 06/02/2010 | 06/02/2010 | $384.69 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900778

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224018050 | ISABEL D RODRIGUEZ | 44960033606 | 06/02/2010 | 06/02/2010 | $384.69 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133242490708

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223521680 | ISABEL D RODRIGUEZ | 44960336D6 | 05/06/2010 | 05/06/2010 | $324.24 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133242490733

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223521770 | ISABEL D RODRIGUEZ | 44960336D6 | 05/06/2010 | 05/06/2010 | $324.24 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133242490725

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223521740 | ISABEL D RODRIGUEZ | 44960336D6 | 05/10/2010 | 05/10/2010 | $346.22 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900735

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223521780 | ISABEL D RODRIGUEZ | 44960036D6 | 05/10/2010 | 05/10/2010 | $346.22 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900744

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223585680 | ISABEL D RODRIGUEZ | 44960036D6 | 05/17/2010 | 05/17/2010 | $351.72 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900782

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224018090 | ISABEL D RODRIGUEZ | 44960036D6 | 05/24/2010 | 05/24/2010 | $340.73 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900747

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4558102240017910 | ISABEL D RODRIGUEZ | 44960033 6D6 | 05/26/2010 | 05/26/2010 | $346.22 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900758

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4558102240017960 | ISABEL D RODRIGUEZ | 44960033 6D6 | 05/26/2010 | 05/26/2010 | $351.72 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900755

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4558102240017940 | ISABEL D RODRIGUEZ | 44960033 6D6 | 05/27/2010 | 05/27/2010 | $368.21 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249007737

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223585650 | ISABEL D RODRIGUEZ | 44960033606 | 05/17/2010 | 05/17/2010 | $615.50 | 10/27/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000809

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452810257407960 | ISABEL D RODRIGUEZ | 44960033606 | 09/09/2010 | 09/09/2010 | $324.24 | 09/28/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000811

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452810257407970 | ISABEL D RODRIGUEZ | 44960033606 | 09/09/2010 | 09/09/2010 | $340.73 | 09/28/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 45571332490O663

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210259281590 | ISABEL D RODRIGUEZ | 44960O336D6 | 09/10/2010 | 09/10/2010 | $346.22 | 09/30/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 45571332490O667

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210259281620 | ISABEL D RODRIGUEZ | 44960O336D6 | 09/10/2010 | 09/10/2010 | $335.23 | 09/30/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 45571332490O662

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210259281550 | ISABEL D RODRIGUEZ | 44960O336D6 | 09/13/2010 | 09/13/2010 | $335.23 | 09/30/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900677

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210259281650 | ISABEL D RODRIGUEZ | 44960336D6 | 09/13/2010 | 09/13/2010 | $335.23 | 09/30/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900659

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210259281430 | ISABEL D RODRIGUEZ | 44960336D6 | 09/15/2010 | 09/15/2010 | $335.23 | 09/30/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900661

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210259281440 | ISABEL D RODRIGUEZ | 44960336D6 | 09/15/2010 | 09/15/2010 | $340.73 | 09/30/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000665

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210259281600 | ISABEL D RODRIGUEZ | 44960036D6 | 09/16/2010 | 09/16/2010 | $324.24 | 09/30/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000775

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224018000 | ISABEL D RODRIGUEZ | 44960036D6 | 05/27/2010 | 05/27/2010 | $361.21 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000773

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224017990 | ISABEL D RODRIGUEZ | 44960036D6 | 05/28/2010 | 05/28/2010 | $351.72 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900780

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224018070 | ISABEL D RODRIGUEZ | 44960033606 | 05/28/2010 | 05/28/2010 | $401.18 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324901365

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224292110 | DOROTHEA C DIGGS | 547117457A | 05/20/2010 | 05/20/2010 | $357.21 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324901374

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224292150 | DOROTHEA C DIGGS | 547117457A | 05/20/2010 | 05/20/2010 | $357.21 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324901379

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224292310 | DOROTHEA C DIGGS | 547117457A | 05/21/2010 | 05/21/2010 | $291.26 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324901380

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224292320 | DOROTHEA C DIGGS | 547117457A | 05/21/2010 | 05/21/2010 | $291.26 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324901375

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224292210 | DOROTHEA C DIGGS | 547117457A | 05/24/2010 | 05/24/2010 | $368.21 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324901378

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224292270 | DOROTHEA C DIGGS | 547117457A | 05/24/2010 | 05/24/2010 | $368.21 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000628

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210246372760 | ISABEL D RODRIGUEZ | 44960336D6 | 09/02/2010 | 09/02/2010 | $362.71 | 09/17/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000629

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210246372780 | ISABEL D RODRIGUEZ | 44960336D6 | 09/02/2010 | 09/02/2010 | $351.72 | 09/17/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000631

| Claim No. | Beneficiary Name | HIC No. | Service Date Service Date | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| | | | From | | | | |
| 45221024637280 | ISABEL D RODRIGUEZ | 44960033606 | 08/24/2010 | 08/24/2010 | $346.22 | 09/17/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900633

| Claim No. | Beneficiary Name | HIC No. | Service Date | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| | | | From | | | | |
| 45221024637286 | ISABEL D RODRIGUEZ | 44960033606 | 08/24/2010 | 08/24/2010 | $346.22 | 09/17/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900707

| Claim No. | Beneficiary Name | HIC No. | Service Date | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| | | | From | | | | |
| 45221112507438 | ISABEL D RODRIGUEZ | 44960033606 | 09/24/2010 | 09/24/2010 | $324.24 | 05/19/2011 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900654

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210252426540 | ISABEL D RODRIGUEZ | 44960033GD6 | 09/08/2010 | 09/08/2010 | $335.23 | 09/23/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900655

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210252426550 | ISABEL D RODRIGUEZ | 44960033GD6 | 09/08/2010 | 09/08/2010 | $335.23 | 09/23/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900657

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210252426560 | ISABEL D RODRIGUEZ | 44960033GD6 | 08/31/2010 | 08/31/2010 | $335.23 | 09/23/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.



**MEDICARE**
A Medicare Contractor

CENTERS FOR MEDICARE & MEDICAID SERVICES

Letter Number: 14823716

Date: 10/27/2014

ANDRES GARCIA
5916 W 34TH ST
STE K
HOUSTON, TX 770926424

**FIRST REQUEST**

RE : MMA 935 – Overpayment Amount
    Provider Name: ANDRES GARCIA
    Provider Number: 1457619793
    Outstanding Balance: $112,690.72

Dear Sir/Madam,

**This is to inform you that you have received a Medicare payment in error which has resulted in an overpayment of $112,690.72. This amount is subject to Section 935(f)(2) of the Medicare Modernization Act (MMA) (Section 1893(f)(2) of the Social Security Act), Limitation on Recoupment. The purpose of our letter is to request that this amount be repaid to our office. The attached listing explains how this happened.**

**Why you are responsible:**

You are responsible for being aware of correct claim filing procedures. In this situation, you billed and/or received payment for services you should have known you were not entitled to. Therefore, you are not without fault and are responsible for repaying the overpayment amount. If you dispute this determination please follow the appropriate appeals process listed below. Applicable authorities: Section 1870(b)(c) of the Social Security Act; Subsections 405.350 - 405.359 of Title 42 CFR, Subsections 404.506 - 404.509, 404.510a and 404.512 of Title 20 of the United States Code of Federal Regulations and 20 CFR.

**What you should do:**

Please return the overpaid amount to us by 11/25/2014 and no interest charge will be assessed.

We request that you refund this amount in full. If you are unable to make refund of the entire

Novitas Solutions, Inc.
PO Box 3063, Mechanicsburg, PA 17055-1806
www.novitas-solutions.com



amount at this time, advise this office immediately so that we may determine if you are eligible for a repayment plan. Any repayment plan (where one is approved) would run from the date of this letter.

Make the check payable to Medicare Part B and send it with **a copy of this letter** to:

> Novitas Solutions, Inc.
> ATTN: Cashier
> PO Box 3106
> Mechanicsburg, PA 17055-1822

You may elect to have your overpayment(s) repaid through the immediate recoupment process and avoid paying by check or waiting for the standard recoupment process that begins on day 41 from date of the initial demand letter. A request for immediate recoupment must be received in writing no later than the 16th day from the date of initial demand letter. You must specify whether you are submitting:

1. A one-time request for the current overpayment and all future overpayments, or

2. A request for the current overpayment addressed in this demand letter only.

This process is voluntary and for your convenience. Your request must specifically state you understand you are waiving potential receipt of interest payment pursuant to Section 1893(f)(2) for the overpayments. Note: Such interest may be payable for certain overpayments reversed at the Administrative Law Judge (ALJ) level or subsequent levels of appeal.

Visit our website at www.novitas-solutions.com for additional information and instructions for **Immediate Recoupment.**

You may fax your request to the number mentioned at the end of this letter.

**Payment Withholding:**

If payment in full is not received by 11/25/2014, payments to you can be withheld (Recoupment) until payment in full is received or if you have not submitted an acceptable extended repayment request and/or a valid and timely appeal is received.

Please complete an extended repayment schedule (ERS) package if you are unable to make full payment at this time, and would like to request an ERS. Details for completing the ERS package are included on our Website at www.novitas-solutions.com. If you would like to receive an ERS package by mail, please call the telephone number listed at the end of this letter.

**Rebuttal Process:**

Under our existing regulations 42 CFR section 405.374, Providers and other Suppliers will have 15 days from the date of this demand letter to submit a statement of opportunity to rebuttal. The rebuttal process provides the debtor the opportunity to submit a statement and/or evidence stating why recoupment should not be initiated. The outcome of the rebuttal process could change how or if we recoup. If you have reason to believe the withhold should not occur on **12/06/2014**, you must notify this office before **11/10/2014**. We will review your documentation. Our office will advise you of our decision in 15 days from receipt of your request. However, this is not an appeal of the overpayment determination, and it will not delay recoupment before a rebuttal response has been rendered.

The rebuttal statement does not cease recoupment activities consistent with section 935 of the MMA.

## How to Stop Recoupment:

Even if the overpayment and any assessed interest has not been paid in full you can stop Medicare from recouping any payments. If you act quickly and decidedly, Medicare will permit providers to **stop recoupment** at two points. The first occurs if we receive a valid and timely request for a redetermination within 30 days from the date of this letter. We will stop or delay recoupment pending the results of the appeal.

We will again stop recoupment if, following **an unfavorable or partially favorable redetermination** decision if you decide to act quickly and file a valid request for reconsideration with the Qualified Independent Contractor (QIC). The address and details on how to file a request for reconsideration will be included in the redetermination decision letter.

## What are the timeframes to stop recoupment:

**First Opportunity:** To assist us in expeditiously stopping the recoupment process, we request that you clearly indicate on your appeal request that this is a 935 overpayment appeal for a redetermination to:

Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
PO Box 3110
Mechanicsburg, PA 17055-1826

**Second Opportunity:** If the redetermination decision is 1) **unfavorable** we can begin to recoup **no earlier than the 60th day** from the date of the Medicare redetermination notice (Medicare Appeal Decision Letter), or 2) if the decision is **partially favorable** we can begin to recoup no earlier than the 60th day from the date of the Medicare revised overpayment Notice/Revised Demand Letter. Therefore, it is important to act quickly and decidedly to limit recoupment by requesting a valid and timely reconsideration within 60 days of the appropriate notice/letter. The address and details on how to file a request for reconsideration will be included in the redetermination decision letter.

**What Happens following a reconsideration by a Qualified Independent Contractor (QIC):**

Following **decision or dismissal** by the QIC, if the debt has not been paid in full, we will begin or resume recoupment whether or not you appeal to the next level of Administrative Law Judge (ALJ).

NOTE: Even when recoupment is stopped, interest continues to accrue.

**Interest Assessment:**

If you do not refund in 30 days: In accordance with 42 CFR 405.378 simple interest at the rate of 10.75 percent will be charged on the unpaid balance of the overpayment beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made on time. Thus, if payment is received 31 days from the date of final determination, one 30-day period of interest will be charged. Each payment will be applied first to accrued interest and then to principal. After each payment interest will continue to accrue on the remaining principal balance, at the rate of 10.75 percent. In addition, please note that Medicare rules require that payment be either received in our office by 11/25/2014 or use the United States Postal Service Postmark by that date for the payment to be considered timely. A metered mail postmark received in our office after 11/25/2014 will cause an additional month's interest to be assessed on the debt.

**Medicaid Offset:**

If this matter is not resolved, CMS may instruct the Medicaid State Agency to withhold the Federal share of any Medicaid payments that may be due you or related facilities until the full amount owed Medicare is recouped, Title 42 CFR, Section 447.30(g). These recoveries will be in addition to any recoupments from other Medicare funds due you until the full amount owed to Medicare is recovered.

**If you wish to appeal this decision:**

If you disagree with this overpayment decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The first level of appeal is called a redetermination. You must file your request for a redetermination within 120 days from the date of this letter. **However, if you wish to avoid recoupment from occurring, you need to file your request for redetermination within 30 days from the date of this letter as described above.** Unless you show us otherwise, we assume you received this letter 5 days after the date of this letter. Please send your request for redetermination to:

> Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
> PO Box 3110
> Mechanicsburg, PA 17055-1826

Page 5
Date : 10/27/2014
Letter Number : 14823716

**If you have filed a bankruptcy petition:**

If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process. Accordingly, we request that you immediately notify us about this bankruptcy so that we may coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice so as to assure that we handle your situation properly. If possible, when notifying us about the bankruptcy please include the name the bankruptcy is filed under and the district where the bankruptcy is filed.

Should you have any questions, please contact your overpayment consultant at the following:

Provider - Part B: 855-252-8782
Part B Extended Repayment Request: 855-252-8782
Part B Immediate Recoupment - Fax: 717-728-8728

We look forward to hearing from you shortly.

Sincerely,


Medicare Part B
Recovery Unit

Enclosure: How This Overpayment Was Determined

Invoice Number: 4402026542

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Provider No. |
|---|---|---|---|---|---|---|---|
| ZIPC Z04 CASE-ZEUS 796 | VARIOUS | VARIOUS | 02/01/2008 | 09/30/2011 | $112,690.72 | 03/25/2008 | 1457619793 |

Reason for Overpayment: The claim was processed incorrectly causing an overpayment to be made.



**MEDICARE**
A Medicare Contractor

Letter Number: 13133977

Date: 12/03/2013

ANDRES GARCIA
5916 W 34TH ST
STE K
HOUSTON, TX 770926424

**FIRST REQUEST**

RE : MMA 935 – Overpayment Amount
    Provider Name: ANDRES GARCIA
    Provider Number: 1295849743
    Outstanding Balance: $16,182.94

Dear Sir/Madam,

**This is to inform you that you have received a Medicare payment in error which has resulted in an overpayment in the amount of $16,182.94. The purpose of our letter is to request that this amount be repaid to our office. The attached listing explains how this happened.**

**Why you are responsible:**

You are responsible for being aware of correct claim filing procedures. In this situation, you billed and/or received payment for services you should have known you were not entitled to. Therefore, you are not without fault and are responsible for repaying the overpayment amount. If you dispute this determination please follow the appropriate appeals process listed below. Applicable authorities: Section 1870(b)(c) of the Social Security Act; Subsections 405.350 - 405.359 of Title 42 CFR, Subsections 404.506 - 404.509, 404.510a and 404.512 of Title 20 of the United States Code of Federal Regulations and 20 CFR.

**What you should do:**

Please return the overpaid amount to us by 01/01/2014 and no interest charge will be assessed.

We request that you refund this amount in full. If you are unable to make refund of the entire amount at this time, advise this office immediately so that we may determine if you are eligible

Novitas Solutions, Inc.
PO Box 3063, Mechanicsburg, PA 17055-1806
www.novitas-solutions.com



for a repayment plan. Any repayment plan (where one is approved) would run from the date of this letter.

Make the check payable to Medicare Part B and send it with **a copy of this letter** to:

> Novitas Solutions, Inc.
> ATTN: Cashier
> PO Box 3106
> Mechanicsburg, PA 17055-1822

You may elect to have your overpayment(s) repaid through the immediate recoupment process and avoid paying by check or waiting for the standard recoupment process that begins on day 41 from date of the initial demand letter. A request for immediate recoupment must be received in writing no later than the 16th day from the date of initial demand letter. You must specify whether you are submitting:

1. A one-time request for the current overpayment and all future overpayments, or

2. A request for the current overpayment addressed in this demand letter only.

This process is voluntary and for your convenience. Your request must specifically state you understand you are waiving potential receipt of interest payment pursuant to Section 1893(f)(2) for the overpayments. Note: Such interest may be payable for certain overpayments reversed at the Administrative Law Judge (ALJ) level or subsequent levels of appeal.

Visit our website at www.novitas-solutions.com for additional information and instructions for **Immediate Recoupment.**

You may fax your request to the number mentioned at the end of this letter.

**Payment Withholding:**

If payment in full is not received by 01/01/2014, payments to you can be withheld (Recoupment) until payment in full is received or if you have not submitted an acceptable extended repayment request and/or a valid and timely appeal is received.

Please complete an extended repayment schedule (ERS) package if you are unable to make full payment at this time, and would like to request an ERS. Details for completing the ERS package are included on our Website at www.novitas-solutions.com. If you would like to receive an ERS package by mail, please call the telephone number listed at the end of this letter.

**Rebuttal Process:**

Under our existing regulations 42 CFR sections 405.374, Providers and other Suppliers will

have 15 days from the date of this demand letter to submit a statement of opportunity to rebuttal. The rebuttal process provides the debtor the opportunity to submit a statement and/or evidence stating why recoupment should not be initiated. The outcome of the rebuttal process could change how or if we recoup. If you have reason to believe the withhold should not occur on **01/12/2014**, you must notify this office before **12/17/2013**. We will review your documentation. Our office will advise you of our decision in 15 days from receipt of your request. However, this is not an appeal of the overpayment determination, and it will not delay recoupment before a rebuttal response has been rendered.

The rebuttal statement does not cease recoupment activities consistent with section 935 of the MMA.

**How to Stop Recoupment:**

Even if the overpayment and any assessed interest has not been paid in full you can stop Medicare from recouping any payments. If you act quickly and decidedly, Medicare will permit providers to **stop recoupment** at two points. The first occurs if we receive a valid and timely request for a redetermination within 30 days from the date of this letter. We will stop or delay recoupment pending the results of the appeal.

We will again stop recoupment if, following **an unfavorable or partially favorable redetermination** decision if you decide to act quickly and file a valid request for reconsideration with the Qualified Independent Contractor (QIC). The address and details on how to file a request for reconsideration will be included in the redetermination decision letter.

**What are the timeframes to stop recoupment:**

**First Opportunity:** To assist us in expeditiously stopping the recoupment process, we request that you clearly indicate on your appeal request that this is a 935 overpayment appeal for a redetermination to:

> Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
> PO Box 3110
> Mechanicsburg, PA 17055-1826

**Second Opportunity:** If the redetermination decision is 1) **unfavorable** we can begin to recoup **no earlier than the 60th day** from the date of the Medicare redetermination notice (Medicare Appeal Decision Letter), or 2) if the decision is **partially favorable** we can begin to recoup no earlier than the 60th day from the date of the Medicare revised overpayment Notice/Revised Demand Letter. Therefore, it is important to act quickly and decidedly to limit recoupment by requesting a valid and timely reconsideration within 60 days of the appropriate notice/letter. The address and details on how to file a request for reconsideration will be included in the redetermination decision letter.

**What Happens following a reconsideration by a Qualified Independent Contractor (QIC):**

Following **decision or dismissal** by the QIC, if the debt has not been paid in full, we will begin or resume recoupment whether or not you appeal to the next level of Administrative Law Judge (ALJ).

NOTE: Even when recoupment is stopped, interest continues to accrue.

**Interest Assessment:**

If you do not refund in 30 days: In accordance with 42 CFR 405.378 simple interest at the rate of 10.125 percent will be charged on the unpaid balance of the overpayment beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made on time. Thus, if payment is received 31 days from the date of final determination, one 30-day period of interest will be charged. Each payment will be applied first to accrued interest and then to principal. After each payment interest will continue to accrue on the remaining principal balance, at the rate of 10.125 percent. In addition, please note that Medicare rules require that payment be either received in our office by 01/01/2014 or use the United States Postal Service Postmark by that date for the payment to be considered timely. A metered mail postmark received in our office after 01/01/2014 will cause an additional month's interest to be assessed on the debt.

**Medicaid Offset:**

If this matter is not resolved, CMS may instruct the Medicaid State Agency to withhold the Federal share of any Medicaid payments that may be due you or related facilities until the full amount owed Medicare is recouped, Title 42 CFR, Section 447.30(g). These recoveries will be in addition to any recoupments from other Medicare funds due you until the full amount owed to Medicare is recovered.

**If you wish to appeal this decision:**

If you disagree with this overpayment decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The first level of appeal is called a redetermination. You must file your request for a redetermination within 120 days from the date of this letter. **However, if you wish to avoid recoupment from occurring, you need to file your request for redetermination within 30 days from the date of this letter as described above.** Unless you show us otherwise, we assume you received this letter 5 days after the date of this letter. Please send your request for redetermination to:

Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
PO Box 3110
Mechanicsburg, PA 17055-1826

**If you have filed a bankruptcy petition:**

If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process. Accordingly, we request that you immediately notify us about this bankruptcy so that we may coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice so as to assure that we handle your situation properly. If possible, when notifying us about the bankruptcy please include the name the bankruptcy is filed under and the district where the bankruptcy is filed.

Should you have any questions, please contact your overpayment consultant at the following:

Provider - Part B: 855-252-8782
Part B Extended Repayment Request: 855-252-8782
Part B Immediate Recoupment - Fax: 717-728-8728

We look forward to hearing from you shortly.

Sincerely,


Medicare Part B
Recovery Unit

Enclosure: How This Overpayment Was Determined

Invoice Number: 45571332490476

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223410770 | ISABEL D RODRIGUEZ | 44960336D6 | 06/11/2010 | 06/11/2010 | $401.18 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 45571332490477

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223410780 | ISABEL D RODRIGUEZ | 44960336D6 | 06/11/2010 | 06/11/2010 | $401.18 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 45571332488010

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223081990 | ISABEL D RODRIGUEZ | 44960336D6 | 05/12/2010 | 05/12/2010 | $434.16 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249004469

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223082010 | ISABEL D RODRIGUEZ | 44960336D6 | 05/12/2010 | 05/12/2010 | $401.18 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000474

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223171020 | ISABEL D RODRIGUEZ | 44960336D6 | 05/20/2010 | 05/20/2010 | $401.18 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000470

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223170990 | ISABEL D RODRIGUEZ | 44960336D6 | 05/21/2010 | 05/21/2010 | $401.18 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000552

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45221021119720O | ISABEL D RODRIGUEZ | 44960033606 | 07/28/2010 | 07/28/2010 | $346.22 | 08/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000554

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45221021119730O | ISABEL D RODRIGUEZ | 44960033606 | 07/28/2010 | 07/28/2010 | $324.24 | 08/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000501

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45221018029672O | ISABEL D RODRIGUEZ | 44960033606 | 06/03/2010 | 06/03/2010 | $376.37 | 07/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000503

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4522101802296770 | ISABEL D RODRIGUEZ | 449600336D6 | 06/03/2010 | 06/03/2010 | $376.37 | 07/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000479

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4522101802293700 | ISABEL D RODRIGUEZ | 449600336D6 | 06/04/2010 | 06/04/2010 | $376.37 | 07/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000481

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4522101802293890 | ISABEL D RODRIGUEZ | 449600336D6 | 06/04/2010 | 06/04/2010 | $376.37 | 07/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900472

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810223171010 | ISABEL D RODRIGUEZ | 44960036D6 | 05/21/2010 | 05/21/2010 | $395.69 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900558

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45221021741120 | ISABEL D RODRIGUEZ | 44960036D6 | 07/30/2010 | 07/30/2010 | $340.73 | 08/19/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900561

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45221021741160 | ISABEL D RODRIGUEZ | 44960036D6 | 07/30/2010 | 07/30/2010 | $340.73 | 08/19/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900563

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 452210218377480 | ISABEL D RODRIGUEZ | 44960336D6 | 08/03/2010 | 08/03/2010 | $346.22 | 08/20/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900565

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 452210218377490 | ISABEL D RODRIGUEZ | 44960336D6 | 08/03/2010 | 08/03/2010 | $346.22 | 08/20/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900486

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 452210180294440 | ISABEL D RODRIGUEZ | 44960336D6 | 06/07/2010 | 06/07/2010 | $392.54 | 07/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900499

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210180296640 | ISABEL D RODRIGUEZ | 449600336D6 | 06/07/2010 | 06/07/2010 | $376.37 | 07/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900492

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210180294460 | ISABEL D RODRIGUEZ | 449600336D6 | 06/08/2010 | 06/08/2010 | $397.94 | 07/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900495

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210180294620 | ISABEL D RODRIGUEZ | 449600336D6 | 06/08/2010 | 06/08/2010 | $387.15 | 07/13/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000586

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210230369830 | ISABEL D RODRIGUEZ | 449600336D6 | 08/13/2010 | 08/13/2010 | $346.22 | 09/01/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000589

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210230369950 | ISABEL D RODRIGUEZ | 449600336D6 | 08/13/2010 | 08/13/2010 | $346.22 | 09/01/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000587

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210230369850 | ISABEL D RODRIGUEZ | 449600336D6 | 08/16/2010 | 08/16/2010 | $346.22 | 09/01/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900590

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210230369980 | ISABEL D RODRIGUEZ | 44960033606 | 08/16/2010 | 08/16/2010 | $346.22 | 09/01/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900591

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210231392970 | ISABEL D RODRIGUEZ | 44960033606 | 08/17/2010 | 08/17/2010 | $346.22 | 09/02/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900592

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210231393000 | ISABEL D RODRIGUEZ | 44960033606 | 08/17/2010 | 08/17/2010 | $346.22 | 09/02/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900593

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45221023386450 | ISABEL D RODRIGUEZ | 44960336D6 | 08/18/2010 | 08/18/2010 | $346.22 | 09/03/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900607

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45221023386590 | ISABEL D RODRIGUEZ | 44960336D6 | 08/18/2010 | 08/18/2010 | $346.22 | 09/03/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900594

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45221023386490 | ISABEL D RODRIGUEZ | 44960336D6 | 08/19/2010 | 08/19/2010 | $346.22 | 09/03/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900596

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45221023386540 | ISABEL D RODRIGUEZ | 44960033606 | 08/19/2010 | 08/19/2010 | $346.22 | 09/03/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900505

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45221020387193 0 | ISABEL D RODRIGUEZ | 44960033606 | 07/15/2010 | 07/15/2010 | $346.22 | 08/05/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900545

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45221020387194 0 | ISABEL D RODRIGUEZ | 44960033606 | 07/15/2010 | 07/15/2010 | $346.22 | 08/05/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900547

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 452210204720900 | ISABEL D RODRIGUEZ | 44960336D6 | 07/21/2010 | 07/21/2010 | $340.73 | 08/06/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900549

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 452210204720910 | ISABEL D RODRIGUEZ | 44960336D6 | 07/21/2010 | 07/21/2010 | $346.22 | 08/06/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900610

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 452210236056940 | ISABEL D RODRIGUEZ | 44960336D6 | 08/20/2010 | 08/20/2010 | $340.73 | 09/07/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249006̇11̇

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 4522102360570120 | ISABEL D RODRIGUEZ | 44960033606 | 08/20/2010 | 08/20/2010 | $340.73 | 09/07/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249006̇24̇

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 4522102382634440 | ISABEL D RODRIGUEZ | 44960033606 | 08/23/2010 | 08/23/2010 | $346.22 | 09/09/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249006̇26̇

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 4522102382634490 | ISABEL D RODRIGUEZ | 44960033606 | 08/23/2010 | 08/23/2010 | $346.22 | 09/09/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249006l3

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210238263320 | ISABEL D RODRIGUEZ | 449600336D6 | 08/25/2010 | 08/25/2010 | $313.25 | 09/09/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249006l4

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210238263340 | ISABEL D RODRIGUEZ | 449600336D6 | 08/25/2010 | 08/25/2010 | $329.73 | 09/09/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249005S0

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210225891280 | ISABEL D RODRIGUEZ | 449600336D6 | 08/10/2010 | 08/10/2010 | $346.22 | 08/27/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000583

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210225891400 | ISABEL D RODRIGUEZ | 449600336D6 | 08/10/2010 | 08/10/2010 | $346.22 | 08/27/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000576

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210225891260 | ISABEL D RODRIGUEZ | 449600336D6 | 08/11/2010 | 08/11/2010 | $346.22 | 08/27/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000581

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452210225891310 | ISABEL D RODRIGUEZ | 449600336D6 | 08/11/2010 | 08/11/2010 | $346.22 | 08/27/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.



**MEDICARE**
A Medicare Contractor

CENTERS FOR MEDICARE & MEDICAID SERVICES

Letter Number: 13155552

Date: 12/05/2013

ANDRES GARCIA
5916 W 34TH ST
STE K
HOUSTON, TX 770926424

**FIRST REQUEST**

RE : MMA 935 - Overpayment Amount
    Provider Name: ANDRES GARCIA
    Provider Number: 1295849743
    Outstanding Balance: $15,629.45

Dear Sir/Madam,

**This is to inform you that you have received a Medicare payment in error which has resulted in an overpayment in the amount of $15,629.45. The purpose of our letter is to request that this amount be repaid to our office. The attached listing explains how this happened.**

**Why you are responsible:**

You are responsible for being aware of correct claim filing procedures. In this situation, you billed and/or received payment for services you should have known you were not entitled to. Therefore, you are not without fault and are responsible for repaying the overpayment amount. If you dispute this determination please follow the appropriate appeals process listed below. Applicable authorities: Section 1870(b)(c) of the Social Security Act; Subsections 405.350 - 405.359 of Title 42 CFR, Subsections 404.506 - 404.509, 404.510a and 404.512 of Title 20 of the United States Code of Federal Regulations and 20 CFR.

**What you should do:**

Please return the overpaid amount to us by 01/03/2014 and no interest charge will be assessed.

We request that you refund this amount in full. If you are unable to make refund of the entire amount at this time, advise this office immediately so that we may determine if you are eligible

Novitas Solutions, Inc.
PO Box 3063, Mechanicsburg, PA 17055-1806
www.novitas-solutions.com



PLAINTIFF'S
EXHIBIT

for a repayment plan. Any repayment plan (where one is approved) would run from the date of this letter.

Make the check payable to Medicare Part B and send it with **a copy of this letter** to:

> Novitas Solutions, Inc.
> ATTN: Cashier
> PO Box 3106
> Mechanicsburg, PA 17055-1822

You may elect to have your overpayment(s) repaid through the immediate recoupment process and avoid paying by check or waiting for the standard recoupment process that begins on day 41 from date of the initial demand letter. A request for immediate recoupment must be received in writing no later than the 16th day from the date of initial demand letter. You must specify whether you are submitting:

1. A one-time request for the current overpayment and all future overpayments, or

2. A request for the current overpayment addressed in this demand letter only.

This process is voluntary and for your convenience. Your request must specifically state you understand you are waiving potential receipt of interest payment pursuant to Section 1893(f)(2) for the overpayments. Note: Such interest may be payable for certain overpayments reversed at the Administrative Law Judge (ALJ) level or subsequent levels of appeal.

Visit our website at www.novitas-solutions.com for additional information and instructions for **Immediate Recoupment.**

You may fax your request to the number mentioned at the end of this letter.

**Payment Withholding:**

If payment in full is not received by 01/03/2014, payments to you can be withheld (Recoupment) until payment in full is received or if you have not submitted an acceptable extended repayment request and/or a valid and timely appeal is received.

Please complete an extended repayment schedule (ERS) package if you are unable to make full payment at this time, and would like to request an ERS. Details for completing the ERS package are included on our Website at www.novitas-solutions.com. If you would like to receive an ERS package by mail, please call the telephone number listed at the end of this letter.

**Rebuttal Process:**

Under our existing regulations 42 CFR sections 405.374, Providers and other Suppliers will

have 15 days from the date of this demand letter to submit a statement of opportunity to rebuttal. The rebuttal process provides the debtor the opportunity to submit a statement and/or evidence stating why recoupment should not be initiated. The outcome of the rebuttal process could change how or if we recoup. If you have reason to believe the withhold should not occur on **01/14/2014**, you must notify this office before **12/19/2013**. We will review your documentation. Our office will advise you of our decision in 15 days from receipt of your request. However, this is not an appeal of the overpayment determination, and it will not delay recoupment before a rebuttal response has been rendered.

The rebuttal statement does not cease recoupment activities consistent with section 935 of the MMA.

**How to Stop Recoupment:**

Even if the overpayment and any assessed interest has not been paid in full you can stop Medicare from recouping any payments. If you act quickly and decidedly, Medicare will permit providers to **stop recoupment** at two points. The first occurs if we receive a valid and timely request for a redetermination within 30 days from the date of this letter. We will stop or delay recoupment pending the results of the appeal.

We will again stop recoupment if, following **an unfavorable or partially favorable redetermination** decision if you decide to act quickly and file a valid request for reconsideration with the Qualified Independent Contractor (QIC). The address and details on how to file a request for reconsideration will be included in the redetermination decision letter.

**What are the timeframes to stop recoupment:**

**First Opportunity:** To assist us in expeditiously stopping the recoupment process, we request that you clearly indicate on your appeal request that this is a 935 overpayment appeal for a redetermination to:

> Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
> PO Box 3110
> Mechanicsburg, PA 17055-1826

**Second Opportunity:** If the redetermination decision is 1) **unfavorable** we can begin to recoup **no earlier than the 60th day** from the date of the Medicare redetermination notice (Medicare Appeal Decision Letter), or 2) if the decision is **partially favorable** we can begin to recoup no earlier than the 60th day from the date of the Medicare revised overpayment Notice/Revised Demand Letter. Therefore, it is important to act quickly and decidedly to limit recoupment by requesting a valid and timely reconsideration within 60 days of the appropriate notice/letter. The address and details on how to file a request for reconsideration will be included in the redetermination decision letter.

**What Happens following a reconsideration by a Qualified Independent Contractor (QIC):**

Following **decision or dismissal** by the QIC, if the debt has not been paid in full, we will begin or resume recoupment whether or not you appeal to the next level of Administrative Law Judge (ALJ).

NOTE: Even when recoupment is stopped, interest continues to accrue.

**Interest Assessment:**

If you do not refund in 30 days: In accordance with 42 CFR 405.378 simple interest at the rate of 10.125 percent will be charged on the unpaid balance of the overpayment beginning on the 31st day. Interest is calculated in 30-day periods and is assessed for each full 30-day period that payment is not made on time. Thus, if payment is received 31 days from the date of final determination, one 30-day period of interest will be charged. Each payment will be applied first to accrued interest and then to principal. After each payment interest will continue to accrue on the remaining principal balance, at the rate of 10.125 percent. In addition, please note that Medicare rules require that payment be either received in our office by 01/03/2014 or use the United States Postal Service Postmark by that date for the payment to be considered timely. A metered mail postmark received in our office after 01/03/2014 will cause an additional month's interest to be assessed on the debt.

**Medicaid Offset:**

If this matter is not resolved, CMS may instruct the Medicaid State Agency to withhold the Federal share of any Medicaid payments that may be due you or related facilities until the full amount owed Medicare is recouped, Title 42 CFR, Section 447.30(g). These recoveries will be in addition to any recoupments from other Medicare funds due you until the full amount owed to Medicare is recovered.

**If you wish to appeal this decision:**

If you disagree with this overpayment decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed your claim so far. The first level of appeal is called a redetermination. You must file your request for a redetermination within 120 days from the date of this letter. **However, if you wish to avoid recoupment from occurring, you need to file your request for redetermination within 30 days from the date of this letter as described above.** Unless you show us otherwise, we assume you received this letter 5 days after the date of this letter. Please send your request for redetermination to:

        Novitas Solutions, Inc. - 935 APPEALS REDETERMINATION
        PO Box 3110
        Mechanicsburg, PA 17055-1826

**If you have filed a bankruptcy petition:**

If you have filed a bankruptcy petition or are involved in a bankruptcy proceeding, Medicare financial obligations will be resolved in accordance with the applicable bankruptcy process. Accordingly, we request that you immediately notify us about this bankruptcy so that we may coordinate with both the Centers for Medicare & Medicaid Services and the Department of Justice so as to assure that we handle your situation properly. If possible, when notifying us about the bankruptcy please include the name the bankruptcy is filed under and the district where the bankruptcy is filed.

Should you have any questions, please contact your overpayment consultant at the following:

Provider - Part B: 855-252-8782
Part B Extended Repayment Request: 855-252-8782
Part B Immediate Recoupment - Fax: 717-728-8728

We look forward to hearing from you shortly.

Sincerely,


Medicare Part B
Recovery Unit

Enclosure: How This Overpayment Was Determined

Invoice Number: 4557133249D1001

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45291024327473D | ISABEL D RODRIGUEZ | 44960036D6 | 08/26/2010 | 08/26/2010 | $335.23 | 09/14/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249D1003

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4529102432747 50 | ISABEL D RODRIGUEZ | 44960036D6 | 08/26/2010 | 08/26/2010 | $318.74 | 09/14/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249D1022

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4532102772234 90 | ISABEL D RODRIGUEZ | 44960036D6 | 09/29/2010 | 09/29/2010 | $318.74 | 10/15/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4567133249001357

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4532102777714150 | ISABEL D RODRIGUEZ | 44960336D6 | 09/29/2010 | 09/29/2010 | $346.22 | 10/15/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4567133249001359

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4532102777714180 | ISABEL D RODRIGUEZ | 44960336D6 | 09/30/2010 | 09/30/2010 | $313.25 | 10/15/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000922

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4529102024955800 | ISABEL D RODRIGUEZ | 44960336D6 | 07/16/2010 | 07/16/2010 | $346.22 | 08/04/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000917

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452910202495540 | ISABEL D RODRIGUEZ | 449600336D6 | 07/19/2010 | 07/19/2010 | $346.22 | 08/04/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000954

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452910202495590 | ISABEL D RODRIGUEZ | 449600336D6 | 07/19/2010 | 07/19/2010 | $340.73 | 08/04/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000813

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452810267615420 | ISABEL D RODRIGUEZ | 449600336D6 | 09/22/2010 | 09/22/2010 | $324.24 | 10/08/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249008I5

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 452810267615450 | ISABEL D RODRIGUEZ | 449600336D6 | 09/22/2010 | 09/22/2010 | $346.22 | 10/08/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249008I61

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 452910208092910 | ISABEL D RODRIGUEZ | 449600336D6 | 07/22/2010 | 07/22/2010 | $324.24 | 08/10/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249009651

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 452910208092940 | ISABEL D RODRIGUEZ | 449600336D6 | 07/22/2010 | 07/22/2010 | $346.22 | 08/10/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249009S8

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 45291020809292870 | ISABEL D RODRIGUEZ | 44960036D6 | 07/23/2010 | 07/23/2010 | $346.22 | 08/10/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000963

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 45291020809292920 | ISABEL D RODRIGUEZ | 44960036D6 | 07/23/2010 | 07/23/2010 | $346.22 | 08/10/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249001011

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 45291024658724O | ISABEL D RODRIGUEZ | 44960036D6 | 09/01/2010 | 09/01/2010 | $340.73 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324901020

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452910246587330 | ISABEL D RODRIGUEZ | 44960033606 | 09/01/2010 | 09/01/2010 | $324.24 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900840

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224190300 | ISABEL D RODRIGUEZ | 44960033606 | 05/04/2010 | 05/04/2010 | $335.23 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900844

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224190320 | ISABEL D RODRIGUEZ | 44960033606 | 05/04/2010 | 05/04/2010 | $335.23 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000848

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 4558102241911210 | ISABEL D RODRIGUEZ | 44960033606 | 05/05/2010 | 05/05/2010 | $346.22 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000853

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 4558102241911220 | ISABEL D RODRIGUEZ | 44960033606 | 05/05/2010 | 05/05/2010 | $324.24 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249000880

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 4558102243900650 | ISABEL D RODRIGUEZ | 44960033606 | 06/09/2010 | 06/09/2010 | $406.68 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249009912

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4558102243900690 | ISABEL D RODRIGUEZ | 44960033606 | 06/09/2010 | 06/09/2010 | $401.18 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249008878

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4558102243900630 | ISABEL D RODRIGUEZ | 44960033606 | 06/10/2010 | 06/10/2010 | $390.19 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249008884

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 4558102243900670 | ISABEL D RODRIGUEZ | 44960033606 | 06/10/2010 | 06/10/2010 | $390.19 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 45571332490060.

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224262240 | ISABEL D RODRIGUEZ | 44960036D6 | 05/18/2010 | 05/18/2010 | $401.18 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249008870

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224262280 | ISABEL D RODRIGUEZ | 44960036D6 | 05/18/2010 | 05/18/2010 | $401.18 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133249008859

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 455810224262230 | ISABEL D RODRIGUEZ | 44960036D6 | 05/19/2010 | 05/19/2010 | $401.18 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900868

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 4558102242262270 | ISABEL D RODRIGUEZ | 44960033606 | 05/19/2010 | 05/19/2010 | $401.18 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900872

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 4558102242292340 | ISABEL D RODRIGUEZ | 44960033606 | 05/25/2010 | 05/25/2010 | $357.21 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900875

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|-----------|------------------|---------|-------------------|-----------------|-----------------|-----------|-------------------------|
| 4558102242292380 | ISABEL D RODRIGUEZ | 44960033606 | 05/25/2010 | 05/25/2010 | $357.21 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324901007

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452910246587120 | ISABEL D RODRIGUEZ | 44960336D6 | 08/30/2010 | 08/30/2010 | $335.23 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324901016

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452910246587320 | ISABEL D RODRIGUEZ | 44960336D6 | 08/30/2010 | 08/30/2010 | $324.24 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324901013

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452910246587280 | ISABEL D RODRIGUEZ | 44960336D6 | 08/31/2010 | 08/31/2010 | $324.24 | 09/16/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900816

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452810278210680 | ISABEL D RODRIGUEZ | 44960033606 | 10/01/2010 | 10/01/2010 | $335.23 | 10/19/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900829

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452810278210810 | ISABEL D RODRIGUEZ | 44960033606 | 10/01/2010 | 10/01/2010 | $324.24 | 10/19/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900828

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452810278210770 | ISABEL D RODRIGUEZ | 44960033606 | 09/28/2010 | 09/28/2010 | $324.24 | 10/19/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900967

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452910222242020 | ISABEL D RODRIGUEZ | 44960033606 | 08/04/2010 | 08/04/2010 | $335.23 | 08/23/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900969

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452910222242060 | ISABEL D RODRIGUEZ | 44960033606 | 08/04/2010 | 08/04/2010 | $335.23 | 08/23/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 455713324900973

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452910223236910 | ISABEL D RODRIGUEZ | 44960033606 | 08/05/2010 | 08/05/2010 | $335.23 | 08/24/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900977

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45291022323237010 | ISABEL D RODRIGUEZ | 44960033606 | 08/05/2010 | 08/05/2010 | $351.72 | 08/24/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900975

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45291022323236960 | ISABEL D RODRIGUEZ | 44960033606 | 08/06/2010 | 08/06/2010 | $340.73 | 08/24/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900999

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45291022323237060 | ISABEL D RODRIGUEZ | 44960033606 | 08/06/2010 | 08/06/2010 | $384.69 | 08/24/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900979

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45291022337020 | ISABEL D RODRIGUEZ | 44960033606 | 08/09/2010 | 08/09/2010 | $324.24 | 08/24/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900984

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 45291022323237040 | ISABEL D RODRIGUEZ | 44960033606 | 08/09/2010 | 08/09/2010 | $324.24 | 08/24/2010 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.

Invoice Number: 4557133324900831

| Claim No. | Beneficiary Name | HIC No. | Service Date From | Service Date To | Amount Overpaid | Paid Date | Performing Provider No. |
|---|---|---|---|---|---|---|---|
| 452811193899140 | ISABEL D RODRIGUEZ | 44960033606 | 09/24/2010 | 09/24/2010 | $318.74 | 07/26/2011 | 1295849743 |

Reason for Overpayment: Based on Medicare guidelines, the service(s) on the original claim was not considered medically necessary. This decision is based on either the documentation that was submitted or the failure by the physician/supplier to furnish information that was requested to support the claim. Therefore, payment was made to you in error.